UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD FERNANDEZ; and<br>CARLOS MOSQUEA-DIAZ | Criminal No. 19-84<br><br>AMENDED SCHEDULING ORDER |

This matter having come before the Court for a final pretrial conference; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Andrew Macurdy and Francesca Liquori, Assistant U.S. Attorneys, appearing); and the defendant Carlos Mosquea-Diaz being represented by Michael Koribanics, and the defendant Richard Fernandez being represented by Ian Hirsch and David Cohen, and the Court having determined that the previously scheduled trial date of December 2, 2019, should be adjourned and rescheduled as follows; and for good cause shown,

It is on this 18th day of November, 2019, ORDERED that:

1. The Government shall provide all material to be disclosed under Giglio v. United States, 405 U.S. 150 (1972), and its progeny, on or before December 30, 2019, and shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. §3500, on or before the same date.

2. The Defendant, if he/she agrees to do so, shall produce all "reverse Jencks" that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 on or before December 30, 2019.

3. The parties shall file any voir dire requests on or before December 16, 2019.

4. The Government shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before December 16, 2019.

5. The Defendant shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before December 16, 2019.

6. The parties shall file all other requests to charge on or before December 16, 2019.

7. The Court shall hold a pretrial conference on December 19, 2019 at 10:30 a.m.

7. Jury selection shall commence on January 6, 2020, at 9 a.m.

Honorable John Michael Vazquez
United States District Judge